# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 17, 2008**

| | | |
|---|---|---|
| 28591 | State v. Bessert | Affirmed |

**June 23, 2008**

| | | |
|---|---|---|
| 28657 | State v. Bell | Affirmed |

**June 24, 2008**

| | | |
|---|---|---|
| 28065 | Lameg v. State | Affirmed |
| 28527 | Penaflor v. State | Affirmed |
| 28559 | State v. Sandiford | Affirmed |

**June 26, 2008**

| | | |
|---|---|---|
| 27971 | Lee v. Unciano | Vacated and Remanded; Affirmed |

**June 27, 2008**

| | | |
|---|---|---|
| 28208 | Bank One, Nat. Ass'n v. Burcena | Dismissed |
| 28376 | Chau v. Myong-Ok Lee | Vacated and Remanded |
| 28303 | Mimura v. Moeava | Affirmed |
| 28517 | State v. Gonzalez | Affirmed |
| 28834 | State v. Hartel-Davis | Vacated and Remanded |
| 27412 | State v. Hatori | Affirmed |
| 28789 | State v. Hull | Vacated and Remanded |
| 28741 | State v. Taylor | Affirmed |
| 28114 | Todd T. Tasaki, D.D.S., M.S., Inc. v. AIG Hawaii Ins. Co. | Vacated and Remanded |

**July 9, 2008**

| | | |
|---|---|---|
| 28708 | State v. Bartolome | Affirmed |

**July 11, 2008**

| | | |
|---|---|---|
| 28695 | Deparini v. State | Affirmed |
| 28635 | State v. Smith | Affirmed |